**Motion Granted; Order filed November 25, 2014..**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-00319-CV
_____

**PNS STORES, INC., Appellant**

**V.**

**RENE MUNGUIA, Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-06825**

---

## ORDER

The reporter's record in this case was filed July 29, 2014 and September 15, 2014. *See* Tex. R. App. P. 35.1. On November 6, 2014, appellant filed a motion for correction of the reporter's record, which we have construed as a motion to order supplementation of the record. *See* Tex. R. App. P. 34.6(d). On January 8, 2014, the final day of testimony in the trial below, appellant requested that the deposition of Rhonda Harper, including the deposition exhibits, be included with the record for purposes of appeal, and the trial court granted the request. The deposition and

exhibits were not included in the record filed with this court. We **GRANT** appellant's motion and issue the following order:

We order **Michelle Tucker**, the official court reporter, and **Patricia Palmer**, deputy court reporter, to file the deposition of Rhonda Harper, including the deposition exhibits, as part of the record in this appeal on or before **December 22, 2014**.

PER CURIAM